Leonard KIMINSKI, et al., Respondents,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
Appellant.

No. C0–92–1431.

Supreme Court of Minnesota.

Aug. 18, 1993.

ORDER

Based upon all the files, records and pro-
ceedings herein,

IT IS HEREBY ORDERED that the peti-
tion of American Family Mutual Automobile
Insurance Company for further review of a
specified portion of an unpublished decision
of the court of appeals be, and the same is,
granted for the purpose of reversing the
procedural dismissal of the petitioner's ap-
peal from the judgment as it related to and
included damages for loss of consortium.
Concluding that the petitioner's failure to
object to the special verdict form, failure to
request that the special verdict form be
drafted in a particular fashion and the failure
to timely file a post-trial motion constituted a
"waiver" of entitlement to review, the court
of appeals did not address the merits of the
petitioner's claims of fundamental error. We
disagree.

While a timely post-trial motion would
have provided the trial court with the oppor-
tunity to correct any claimed error, the peti-
tioner is not foreclosed from raising that

alleged error on appeal from the judgment. *See* Minn.R.Civ.App.P. 103.04. We therefore remand the matter to the court of appeals for its consideration of the merits of the issue raised by the petitioner.